NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000874**
**28-JUN-2019**
**10:12 AM**

NO. CAAP-18-0000874

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the Matter of the Conservatorship and Guardianship of CHARLES MITCHELL HART, also known as CHARLES M. HART, CHARLES HART, MITCH HART, and C. MITCHELL HART, Respondent

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(GC NO. 17-1-0054)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of Respondent-Appellant Charles Mitchell Hart's June 26, 2019 Motion for an Order Dismissing Appeal, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) Charles Mitchell Hart seeks to dismiss the appeal with the parties bearing their own costs on appeal; and (3) the requested relief is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed. The parties shall bear their own costs on appeal.

DATED: Honolulu, Hawai'i, June 28, 2019.

Presiding Judge

Associate Judge

Associate Judge